# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

## In Case No. 2015-0422, Scott Eaton v. Craig Shealy, the court on December 21, 2015, issued the following order:

Having considered the briefs and limited record submitted on appeal, we conclude that oral argument is unnecessary in this case. See Sup. Ct. R. 18(1). We affirm.

The defendant, Craig Shealy, appeals the order of the Circuit Court (Patten, J.) entering a small claim judgment for the plaintiff, Scott Eaton, in the amount of $7,500 plus costs and interest, for unpaid rent and damage to the plaintiff's premises.

Complaints regarding adverse rulings by the trial court without developed legal argument are insufficient to warrant judicial review. State v. Blackmer, 149 N.H. 47, 49 (2003). It is the burden of the appealing party, here the defendant, to provide this court with a record sufficient to decide his issues on appeal. Bean v. Red Oak Prop. Mgmt., 151 N.H. 248, 250 (2004); see also Sup. Ct. R. 15(3) ("If the moving party intends to argue in the supreme court that a finding or conclusion is unsupported by the evidence or is contrary to the evidence, he shall include in the record a transcript of all evidence relevant to such finding or conclusion."). Self-represented litigants are bound by the same procedural rules that govern parties represented by counsel. In the Matter of Birmingham & Birmingham, 154 N.H. 51, 56 (2006).

In this case, the defendant's brief contains no developed legal argument or citations to supporting legal authority. Moreover, his brief challenges the trial court's factual findings based upon evidence presented at a hearing, and he has failed to provide a transcript of the hearing. Absent a transcript, we must assume that the evidence was sufficient to support the decision reached. See Atwood v. Owens, 142 N.H. 396, 396 (1997). We review the trial court's decision for errors of law only, see id. at 397, and find none.

Affirmed.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**